UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 DEC 23 AM 9:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ YWH DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GILBERTO ISMAEL BAJO-ESQUERRA,

    Defendant.

CASE NO. 08CR3733-BTM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __21 USC 952 AND 960__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 19, 2008

_____
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____